**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Q3 INVESTMENTS RECOVERY VEHICLE, LLC,

                Plaintiff,

-against-                                       23 **CIVIL** 3086 (MMG)

**JUDGMENT**

FEDERAL DEPOSIT INSURANCE CORP. AS
RECEIVER FOR SIGNATURE BANK,,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 7, 2025, and the Court's Text Only Order dated January 13, 2025, the Court hereby adopts the Opinion in the State Court action and as such, as of January 7, 2025, this case is Dismissed .

**Dated:**  New York, New York

      January 14, 2025

                                                          **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                              **BY:**
                                                         **Deputy Clerk**